UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1:22-cv-08362-ER

GLOBAL CAPITAL PARTNERS FUND LLC,

                                Plaintiff,

     -against-

JOHN LOCASCIO,

                                Defendant.
------------------------------------------------------------------X

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT
AGAINST DEFENDANT
JOHN LOCASCIO**

## ORDER TO SHOW CAUSE

Upon the annexed Declaration of Paul B. Sweeney, Esq., sworn to on the 19th day of January, 2023, together with the exhibits annexed thereto, and the annexed Affidavit of Gregg Marcus, sworn to on the 18th day of January, 2023, and upon all of the prior papers and proceedings had herein, it is hereby

**ORDERED** that **Defendant John Locascio** show cause before the Honorable Edgardo Ramos, United States District Judge, at Courtroom 619 of the United States Courthouse, Southern District of New York, at 40 Foley Square, New York, New York on <u>February 23, 2023</u> at <u>3:30 p.m.</u>, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, in favor of Plaintiff Global Capital Partners Fund LLC, for an Order directing that default judgment be entered in favor of Plaintiff GLOBAL CAPITAL PARTNERS FUND, LLC and against Defendant JOHN LOCASCIO in the amount of $2,623,113.50.

7057025.1

**It is further ORDERED** that service of a copy of this order and the annexed affirmation and exhibits upon Defendant John Locascio at his last known address at 1660 Metro Avenue, Apt. 303, Chula Vista, California 91915 on or before <u>February 1, 2023</u>, shall be deemed good and sufficient service thereof. Any opposition to the entry of default is due by <u>February 15, 2023</u>.

**IT IS SO ORDERED.**

Dated: New York, New York
      January <u>23</u>, 2023

                                       HON. EDGARDO RAMOS, U.S.D.J.