UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1:22-cv-08362-ER

GLOBAL CAPITAL PARTNERS FUND LLC,

**DEFAULT JUDGMENT**

                        Plaintiff,

      -against-

JOHN LOCASCIO,

                        Defendant.
------------------------------------------------------------------X

     **WHEREAS**, Plaintiff GLOBAL CAPITAL PARTNERS FUND LLC, ("Plaintiff"), having duly moved this Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2 to enter a default judgment in favor of Plaintiff and against defendant JOHN LOCASCIO (the "Defendant");

     **WHEREAS**, upon the reading and filing of the Order to Show Cause, the Declaration of Paul B. Sweeney, Esq. dated January 19, 2023, together with the exhibits annexed thereto, and the Affidavit of Gregg Marcus, sworn to on the 18th day of January, 2023, and upon all of the prior papers and proceedings had herein, it is hereby

     **ORDERED and ADJUDGED**, that Plaintiff GLOBAL CAPITAL PARTNERS FUND LLC, 555 Fifth Avenue, Suite 1501, New York, New York 10017, do recover of Defendant JOHN LOCASCIO with its last known principal place of residence at 1660 Metro Avenue, Apt. 303, Chula Vista, California 91915 the sum of in the amount of $2,622,500.00 and costs and disbursements of $613.50 for a total judgment amount of

$2,623,113.50, and that plaintiff GLOBAL CAPITAL PARTNERS FUND LLC have due execution thereon.

Dated: New York, New York
April 14, 2023

SO ORDERED:

_____
Honorable Edgardo Ramos
United States District Judge